**Leslie George MINDER, Appellant, v. UNITED STATES of America, Appellee.**

No. 11207.

Circuit Court of Appeals, Ninth Circuit.

Nov. 12, 1946.

Alfred P. Peracca, of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., William Strong, Sp. Asst. to U. S. Atty., and Angus D. McEachen, Asst. U. S. Atty., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 64 F.Supp. 369, is affirmed.

**Paul A. PORTER, Administrator of the Office of Price Administration, Appellant, v. Texas J. COLE, Doing Business as Liquor Warehouse, Appellee.**

No. 11747.

Circuit Court of Appeals, Fifth Circuit.

Nov. 13, 1946.

David London, Director, Litigation Division, O. P. A., and Albert M. Dreyer, Chief Appellate Branch, O. P. A., both of Washington, D. C., Leonard M. Cox, Regional Litigation Atty., O. P. A., and Milton G. Mell and Walter B. Branan, Attys., O. P. A., all of Dallas, Texas, for appellant.

Emil Corenbleth, of Dallas, Texas, for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.
Judgment, 66 F.Supp. 11, affirmed.

**UNITED STATES of America, Appellant, v. Sam CARDELUCCI, Appellee.**

No. 9213.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 8, 1946.

Decided Nov. 19, 1946.

Russell L. Hiller, Asst. U. S. Atty., of Reading, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellant.

Henry Weiss, of Philadelphia, Pa., for appellee.

Before BIGGS and McLAUGHLIN, Circuit Judges, and RODNEY, District Judge.

PER CURIAM

The order appealed from, requiring that "the Government return the 1942 Chevrolet Coach automobile to Sam Cardelucci, the defendant," will be vacated and the cause will be remanded with the direction that the trial judge forthwith determine and state in a written opinion the basis of the court's jurisdiction, if any, and, if he shall find that jurisdiction exists, that he receive evidence and file findings of fact and conclusions of law.